IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Reed, Toussaint D | Case Number:  08 B 24066 |
| | Judge:  Squires, John H |
| Printed: 03/10/09 | Filed:  9/11/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed:  January 28, 2009
Confirmed:   None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Nuvell Credit Company LLC | Secured | 18,348.00 | 0.00 |
| 2. | Nuvell Credit Company LLC | Unsecured | 329.79 | 0.00 |
| 3. | Cda/Pontiac | Unsecured | 219.60 | 0.00 |
| 4. | Creditors Collection Bur | Unsecured | 151.90 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 508.15 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 117.60 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 171.41 | 0.00 |
| 8. | Sprint Nextel | Unsecured | 76.04 | 0.00 |
| 9. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 10. | City Of Markham | Unsecured | | No Claim Filed |
| 11. | Collection | Unsecured | | No Claim Filed |
| 12. | Illinois Dept Of Employment Sec | Unsecured | | No Claim Filed |
| 13. | Harris & Harris | Unsecured | | No Claim Filed |
| 14. | Illinois Tollway | Unsecured | | No Claim Filed |
| 15. | Medical Collections | Unsecured | | No Claim Filed |
| 16. | Medical Collections | Unsecured | | No Claim Filed |
| 17. | Medical Collections | Unsecured | | No Claim Filed |
| | | | $ 19,922.49 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Reed, Toussaint D

Printed: 03/10/09

Case Number:  08 B 24066

Judge:  Squires, John H

Filed:  9/11/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: